# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142280 & (27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                SC: 142280
                                                COA: 299794
                                                Jackson CC: 07-003708-FC

KEENAN OMAR KING,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the November 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for immediate consideration is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011
_____

h0620

_____
Clerk